AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Missouri

| | |
|---|---|
| In the Matter of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the Use of a Cell-Site Simulator to Locate the Cellular<br>Device Assigned Electronic Identifying Number<br>(309) 453-2551. | Case No.  4: 21 MJ 3244 NCC<br><br>SIGNED AND SUBMITTED TO THE COURT BY<br>RELIABLE ELECTRONIC MEANS.<br>**FILED UNDER SEAL** |

## APPLICATION FOR A SEARCH WARRANT

I, <u>Terence Monroe</u>, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

the Use of a Cell-Site Simulator to Locate the Cellular Device Assigned Electronic Identifying Number (309) 453-2551,

located in the _____ **Eastern** _____ District of _____ **Missouri** _____ , there is now concealed *(identify the person or describe the property to be seized)*:

see "Attachment A."

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☐ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, U.S.C., Section 922(g) | Felon in possession of a firearm |

The application is based on these facts:
see attached APPLICATION, and AFFIDAVIT IN SUPPORT OF APPLICATION, FOR A WARRANT TO AUTHORIZE USE OF A CELL-SITE SIMULATOR TO LOCATE CELLULAR DEVICE.   I certify that the information likely to be obtained is relevant to an ongoing criminal investigation being conducted by United States Marshal Service (USMS).

☑ Continued on the attached sheet.

☐ Delayed notice of __180__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

I state under penalty of perjury the foregoing is true and correct.

_____
*Applicant's signature*

Terence Monroe, TFO
USMS
_____
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:  10/13/2021
_____

_____
*Judge's signature*

City and state:  St. Louis, Missouri
_____

Honorable Noelle C. Collins, U.S. Magistrate Judge
_____
*Printed name and title*

K. BELL